# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOYCE FAY SILLS**                                                                                    **PLAINTIFF**

**NO. 3:12-CV-275-JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 15th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE